UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 26-610-MWF(SKx)**                    **Date:  February 24, 2026**

Title:    ***Rigoberto Lopez v. Byron Woodley Tire, Inc., et al.***

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On January 21, 2026, Plaintiff Rigoberto Lopez commenced this action against Defendants Byron Woodley Tire, Inc. and Eddie E. Weitzger, as Trustee of the Weitzer Family Trust.  (Complaint (Docket No. 1)).

On February 6, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation.  (ADA Notice (Docket No. 9)).  Pursuant to the ADA Notice, Plaintiff was directed to serve the ADA Notice, Application for Stay and Early Mediation, and [Proposed] Order Granting Application for Stay and Early Mediation (the "ADA Packet") on Defendants at the same time the summons and complaint were served, if possible.  (*Id.* at ¶ 2).

On February 23, 2026, Plaintiff filed two Proofs of Service reflecting personal service of the Summons, Complaint, and other case initiating documents on Defendants Eddie E. Weitzer as Trustee of the Weitzer Family Trust ("Defendant Weitzer"), and Byron Woodley Tire, Inc. ("Defendant Byron Woodley Tire").  (Docket Nos. 13, 14).  The Proofs of Service reflect that Defendants Weitzer and Byron Woodley Tire were served by substituted service on February 12, 2026, six days after the Court filed the ADA Notice.  The Proofs of Service do not include service of the ADA Packet as required by the ADA Notice.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for failure to comply with the Court's orders.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 10, 2026:**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES—GENERAL</u>

**Case No.** CV 26-610-MWF(SKx)                          **Date:** **February 24, 2026**
Title:   *Rigoberto Lopez v. Byron Woodley Tire, Inc., et al.*

■ BY PLAINTIFF: Proofs of Service of the ADA Packet on all Defendants.

Plaintiff should not pursue or file applications for the Clerk to enter default absent proper proofs of service of the ADA Packet.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **March 10, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.